IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVEN DANOW,** *as Trustee of the Morris Hitzig Revocable Living Trust*, <br>                 **Plaintiff,** <br><br> v. <br><br> **COMCAST CORP., et al.,** <br>                 **Defendants.** | : <br> : <br> : <br> : <br> :    Civ. No. 16-6052 <br> : <br> : <br> : <br> : |

### O R D E R

**AND NOW**, this 24th day of January, 2017, upon consideration of the Motion to Admit Laurence D. Paskowitz *Pro Hac Vice* pursuant to Local Rule 85.3.2(b) (Doc. No. 12), it is hereby **ORDERED** that the Motion (Doc. No. 12) is **GRANTED**. Mr. Paskowitz is **ADMITTED** *pro hac vice* as counsel in this case.

                                                                   **AND IT IS SO ORDERED.**

                                                             */s/ Paul S. Diamond*
                                                             _____
                                                             Paul S. Diamond, J.