# EXHIBIT A

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Keven Danow, as the Trustee of the Morris Hitzig Revocable Living Trust, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:16-cv-06052 |
| | : | |
| v. | : | Hon. Paul S. Diamond |
| | : | |
| Comcast Corp., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF KATHLEEN SARETTE IN SUPPORT OF MOTION TO COMPEL
## ARBITRATION AND TO STAY LITIGATION

I, Kathleen Sarette, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a Manager in the Client Services group at Broadridge Output Solutions, Inc. ("BOSI"), a successor to Broadridge Customer Communications West, LLC fka DST Output West, LLC ("DST").[1]

2.     Among other things, BOSI is a statement production and mailing services provider, with a print and mail facility located, among other places, at 5220 Robert J. Mathews Parkway, El Dorado Hills, California 95762.

---

[1] In July, 2016, Broadridge Financial Solutions, Inc., the parent of BOSI, acquired the North American Customer Communications business unit of DST Systems, Inc., which included, among other entities, DST Output West, LLC. Since the acquisition, internal restructuring has resulted in DST Output West, LLC, among other DST Output entities, merging up and into BOSI.

3.     BOSI is neither related to nor a corporate affiliate of any of the parties to the above-captioned action.

4.     In 2008, DST had a contract to mail billing statements, as well as annual and other legal notifications, to Comcast subscribers in Florida.

5.     In 2008, it was DST policy and practice to, upon instruction from Comcast, mail billing statements and other notifications to the subscribers names provided by Comcast who receive their statements by mail.  It was DST policy and practice to routinely undertake a variety of quality assurance measures to ensure that the mailings were sent to the customer names within the contractually-specified period and to report any variances or discrepancies in the mailings.

6.     If called as a witness, I am competent to testify as to the matters discussed in this declaration, which are within my personal knowledge and/or based on information gathered within the course and scope of my duties as Manager at BOSI.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10_ day of February, 2017.

Name

2

# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Keven Danow, as the Trustee of the Morris Hitzig Revocable Living Trust, | : : : | |
| Plaintiff, | : : | Civil Action No. 2:16-cv-06052 |
| v. | : : | Hon. Paul S. Diamond |
| Comcast Corp., et al., | : : | |
| Defendants. | : : | |

## DECLARATION OF DESIREY MILLER IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION

I, DESIREY MILLER, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am employed by Comcast as a Customer Care Specialist in Florida.

2.      As a Customer Care Specialist, I am familiar with the policies and practices used by Comcast in 2014 to enable individuals to become an authorized user on a subscriber's account in order to terminate service.

3.      I submit this Declaration in support of Comcast Corporation and Comcast Cable Communications, LLC's Motion to Compel Arbitration and to Stay Litigation in the above-captioned action.

4.      I have reviewed records regarding Morris Hitzig's account (the "Account") that were created and maintained in the ordinary course of Comcast's

business and collected by myself or others working under my direction. Those records reflect as follows.

5.      On August 10, 2014, Comcast received an automatic payment of $19.48 for services provided to the Account from a bank account provided to Comcast. A redacted copy of this account statement is attached as Exhibit A.

6.      On September 30, 2014, Comcast received a call from an individual who identified himself as Morris Hitzig's son. The call notes indicate that the caller attempted to discontinue service on the Account because of Mr. Hitzig's passing.

7.      The call notes further indicate that a Comcast representative informed the caller that he was not an authorized user on the account, but provided him with instructions on how he could become an authorized user.

8.      The call notes further indicate that the caller said he would call back at a later date to continue the discontinuation process as an authorized user.

9.      Comcast has no record of any further attempts by anyone to become an authorized user or to discontinue service on the Account.

10.     Comcast continued to send monthly account statements in Morris Hitzig's name to the address listed on the Account through at least June 2015. Redacted copies of the monthly account statements are attached as Exhibit B.

11.    If called as a witness, I am competent to testify as to the matters discussed in this Declaration, which are within my personal knowledge and based on information gathered within the course and scope of my duties as a Customer Care Specialist.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 10 day of February, 2017.

Desirey Miller

3

# EXHIBIT A



| Account Number | ████████ |
| --- | --- |
| Billing Date | 08/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 3 |

**Contact us:**  **www.comcast.com**  📞 **1-800-XFINITY**

MORRIS HITZIG

For service at:

████████████
BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

Sign up now to go paperless with Comcast Ecobill, an environmentally friendly way to view and pay your bill online. Check out Comcast.com/ecobill for more information today.

The SEC Network is launching 8/14! Access more football, basketball, baseball and softball at home and on the go. Sign up today!

## Monthly Statement Summary

| | |
| --- | --- |
| Previous Balance | 19.48 |
| Payment - 08/10/14 - thank you | -19.48 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
| --- | --- |
| ⬜ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

> **Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



| Account Number | ████████ |
| --- | --- |
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

6565 NOVA DRIVE
DAVIE FL 33317-7423

------- manifest line --------

|ıl.ıl|ıl..ıl.ıl..ıl.ıl.ı.ılıılıı.ıılıı.ı.ıı
MORRIS HITZIG
████████████
BOCA RATON FL 33434-3396

Make checks payable to Comcast

|.ıl|l..ıl..ıl.l..ıl.l.ıl.ı.ıl.ıll.ıl..ı
COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

████████████        0 0000000        07



**comcast.**

| | |
|---|---|
| **Account Number** | ██████████ |
| Billing Date | 08/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 3 |

## Service Details

**Contact us:** @ **www.comcast.com** 📞 **1-800-XFINITY**



**XFINITY TV**

| | | |
|---|---|---|
| Standard Cable Service | 09/01 - 09/30 | 0.00 |
| Provided by your Association | | |
| HBO | 09/01 - 09/30 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

**Closed Captioning:** For closed captioning concerns and other accessibility issues affecting customers with disabilities, call 855-270-0379, go online for a live chat at www.comcastsupport.com/accessibility email accessibility@comcast.com or write to Comcast 1701 John F Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax: 215-286-4700.

The FCC Public inspection file for this system is maintained at 1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

# EXHIBIT B



**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

| Account Number | ████████████ |
|---|---|
| Billing Date | 09/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 3 |

**MORRIS HITZIG**

For service at:

████████████

BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

Sign up now to go paperless with Comcast Ecobill, an environmentally friendly way to view and pay your bill online. Check out Comcast.com/ecobill for more information today.

Free preview from 9/22 - 9/28 if you have a digital converter or CableCARD. Content may be PG, PG-13, TV-14, TVMA or R rated. To block this preview, visit http://customer.comcast.com/help-and-support/cable-tv/control-what-your-child-watches/ or call 1-866-495-7400.

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by  09/21/14 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

### New Charges Summary

| | |
|---|---|
| ⬤ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



6565 NOVA DRIVE
DAVIE FL 33317-7423

------- manifest line --------

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
MORRIS HITZIG
████████████
BOCA RATON FL 33434-3396

| Account Number | ████████████ |
|---|---|
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

Make checks payable to Comcast

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
COMCAST
PO BOX 105184
ATLANTA GA  30348-5184

████████████        0  0000000        07



**comcast.**

| | |
|---|---|
| **Account Number** | ███████████ |
| Billing Date | 09/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 3 |

## Service Details

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

### 📺 XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 10/01 - 10/31 | 0.00 |
| Provided by your Association | | |
| HBO | 10/01 - 10/31 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

**Closed Captioning:** For closed captioning concerns and other accessibility issues affecting customers with disabilities, call 855-270-0379, go online for a live chat at www.comcastsupport.com/accessibility email accessibility@comcast.com or write to Comcast 1701 John F Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax: 215-286-4700.

The FCC Public inspection file for this system is maintained at 1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

**Comcast**

| Account Number | ████████████ |
|---|---|
| Billing Date | 10/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 3 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

MORRIS HITZIG

For service at:
████████████████████████
BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

Effective 1/1/2015, due to increases in business costs, the charge for both Hourly Service Call and In-Home Service Visit will go from $60 to $70.

## Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by  10/21/14 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
|---|---|
| ⊡ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

**Comcast**

141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------


MORRIS HITZIG
████████████████████
BOCA RATON  FL 33434-3396

| Account Number | ████████████ |
|---|---|
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ |

Make checks payable to Comcast

COMCAST
PO BOX 105184
ATLANTA GA  30348-5184

0  0000000        07



**comcast.**

## Service Details

| Account Number | ███████████ |
|---|---|
| Billing Date | 10/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 3 |

**Contact us:** @ **www.comcast.com** 📞 **1-800-XFINITY**

### XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 11/01 - 11/30 | 0.00 |
| Provided by your Association | | |
| HBO | 11/01 - 11/30 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Information on upcoming programmer contract expirations can be found at www.xfinitytv.com/contractrenewals or by calling 866.216.8634.

**Closed Captioning:** For closed captioning concerns and other accessibility issues affecting customers with disabilities, call 855-270-0379, go online for a live chat at www.comcastsupport.com/accessibility email accessibility@comcast.com or write to Comcast 1701 John F Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax: 215-286-4700.

The FCC Public inspection file for this system is maintained at 1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

# COMCAST.

| Account Number | ████████████ |
|---|---|
| Billing Date | 11/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

████████████████████

BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

## Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by 11/21/14 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
|---|---|
| ⬤ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

### Thank you for being a valued Comcast customer!

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

# COMCAST.

141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------



MORRIS HITZIG

████████████████████

BOCA RATON FL 33434-3396

| Account Number | ████████████ |
|---|---|
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ |

Make checks payable to Comcast

COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

0 0000000      07



**COMCAST**

## Service Details

| Account Number | ▮▮▮▮▮▮▮▮ |
|---|---|
| Billing Date | 11/21/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

### XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 12/01 - 12/31 | 0.00 |
| Provided by your Association | | |
| HBO | 12/01 - 12/31 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

On or around December 15, 2014, WGN will become WGNCN and it will continue to be available on ch. 7 (SD) and ch. 391 (HD) to customers with Digital Starter (Residential), Standard/Digital Standard (Business) or higher levels of TV service.

Good news! On or around January 15, 2015, Nat Geo (SD ch. 109 and HD ch. 413) will become available to customers with Digital Starter (Residential), Standard/Digital Standard (Business) or higher levels of TV service.

**Closed Captioning:** For closed captioning concerns and other accessibility issues affecting customers with disabilities, call 855-270-0379, go online for a live chat at www.comcastsupport.com/accessibility email accessibility@comcast.com or write to Comcast 1701 John F Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax: 215-286-4700.

The FCC Public inspection file for this system is maintained at 1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location:**

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday



| Account Number | ████████████ |
| --- | --- |
| Billing Date | 12/19/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

████████████████████████
BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

Comcast has revised the Customer Privacy Notice for cable services.  To see the revised notice go to http://www.comcast.com/Corporate/Customers/ Policies/CustomerPrivacy.html. You will also receive a copy in the mail.

## Monthly Statement Summary

| | |
| --- | --- |
| Previous Balance | 0.00 |
| Payments - received by  12/19/14 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
| --- | --- |
| ⬜ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------

‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖
MORRIS HITZIG
████████████████████████
BOCA RATON  FL  33434-3396

| Account Number | ████████████ |
| --- | --- |
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | **$** _____ |

Make checks payable to Comcast

‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖
COMCAST
PO BOX 105184
ATLANTA GA  30348-5184

0  0000000        07



**comcast**

## Service Details

| | |
|---|---|
| **Account Number** | ▓▓▓▓▓▓▓▓ |
| Billing Date | 12/19/14 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

**Contact us:** @ **www.comcast.com** 📞 **1-800-XFINITY**



**XFINITY TV**

| | | |
|---|---|---|
| Standard Cable Service | 01/01 - 01/31 | 0.00 |
| Provided by your Association | | |
| HBO | 01/01 - 01/31 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

**Closed Captioning:** For closed captioning concerns and other accessibility issues affecting customers with disabilities, call 855-270-0379, go online for a live chat at www.comcastsupport.com/accessibility email accessibility@comcast.com or write to Comcast 1701 John F Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax: 215-286-4700.

The FCC Public inspection file for this system is maintained at 1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday



| Account Number | ████████ |
|---|---|
| Billing Date | 01/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 3 |

**Contact us:**  **www.comcast.com** 🕻 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

████████████████

BOCA RATON FL 33434-3396

# News from Comcast

*Do you know you have options to help determine which programming is appropriate for your family? Visit* <u>Xfinity.com/parents</u> *to learn more about parental control features available as part of your Comcast Cable Services or call Customer Service.*

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

Comcast has revised the Customer Privacy Notice for cable services.  To see the revised notice go to http://www.comcast.com/Corporate/Customers/ Policies/CustomerPrivacy.html. You will also receive a copy in the mail.

## Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by 01/21/15 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
|---|---|
| ◯ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------

|lıl|llıl||lıl||lı|ıllıı|ıl|ılıı|ıılıı|ıılı|ı|ıı|
MORRIS HITZIG
BOCA RATON FL 33434-3396

| Account Number | ████████ |
|---|---|
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

Make checks payable to Comcast

|ı|lll|ıl|ılılılıl|llıl|ıl|llıllı|ıılıı|ıılı|ıı|
COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

**comcast.**

| | | |
|---|---|---|
| **Account Number** | ████████ | |
| Billing Date | 01/21/15 | |
| Total Amount Due | $0.00 | |
| Auto Pay | No Payment Due | |
| | Page 2 of 3 | |

## Service Details

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

### 📺 XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 02/01 - 02/28 | 0.00 |
| Provided by your Association | | |
| HBO | 02/01 - 02/28 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Information on upcoming programmer contract expirations can be found at www.xfinitytv.com/contractrenewals or by calling 866.216.8634.

**Closed Captioning:** For closed captioning concerns and other accessibility issues affecting customers with disabilities, call 855-270-0379, go online for a live chat at www.comcastsupport.com/accessibility email accessibility@comcast.com or write to Comcast 1701 John F Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax: 215-286-4700.

The FCC Public inspection file for this system is maintained at 1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

# COMCAST.

| Account Number | ███████████ |
|---|---|
| Billing Date | 02/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

████████████████████████
BOCA RATON FL 33434-3396

## News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you
have incurred charges or were issued credit against charges
on your account between the Billing Date at the top of your
statement and the Auto Pay date, those charges or credits
may be applied against the amount due on your statement
and change the amount due on the Auto Pay date. Details of
any charges incurred or credits issued after the Billing Date
will appear on your next statement.

Great News - Effective 3/17/2015 WGN America and WGN
America HD will now be available with our Xfinity Latino 300
and 450 package(s).

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by 02/21/15 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

### New Charges Summary

| | |
|---|---|
| ▣ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

> **Thank you for being a
> valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

# COMCAST.

141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------


MORRIS HITZIG
BOCA RATON FL 33434-3396

| Account Number | ███████████ |
|---|---|
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

Make checks payable to Comcast

COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

0  0000000        07



**comcast.**

## Service Details

| Account Number | ███████████ |
|---|---|
| Billing Date | 02/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

**Contact us:** @ **www.comcast.com** 📞 **1-800-XFINITY**



**XFINITY TV**

| | | |
|---|---|---|
| Standard Cable Service | 03/01 - 03/31 | 0.00 |
| Provided by your Association | | |
| HBO | 03/01 - 03/31 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Moving? Call 1-855-MOV-EDGE or visit
http://www.comcast.com/moversedge today! The XFINITY
Movers Edge program makes it easy to stay connected to your
TV, Internet and Voice service.

Effective on or around March 31, 2015, GSN and GSN HD will
no longer be available on our Digital Preferred Tier. Oxygen is
now available on our Digital Starter/Expanded Basic Tier.

**Closed Captioning:**  For closed captioning concerns and other
accessibility issues affecting customers with disabilities, call
855-270-0379, go online for a live chat at
www.comcastsupport.com/accessibility email
accessibility@comcast.com or write to Comcast 1701 John F
Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax:
215-286-4700.

The FCC Public inspection file for this system is maintained at
1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

**COMCAST.**

| Account Number | ███████████ |
| --- | --- |
| Billing Date | 03/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

██████████████████████

BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

## Monthly Statement Summary

| | |
| --- | --- |
| Previous Balance | 0.00 |
| Payments - received by 03/21/15 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
| --- | --- |
| ⬤ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

**COMCAST.**

141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

| Account Number | ███████████ |
| --- | --- |
| Auto Pay | No Payment Due |
| Total Amount Due | $0.00 |
| Amount Enclosed | $ _____ |

Make checks payable to Comcast

------- manifest line --------



MORRIS HITZIG

██████████████████

BOCA RATON FL 33434-3396

COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

0  0000000       07



**comcast.**

| | |
|---|---|
| **Account Number** | ██████████ |
| Billing Date | 03/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

## Service Details

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

### XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 04/01 - 04/30 | 0.00 |
| Provided by your Association | | |
| HBO | 04/01 - 04/30 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Moving? Call 1-855-MOV-EDGE or visit
http://www.comcast.com/moversedge today! The XFINITY
Movers Edge program makes it easy to stay connected to your
TV, Internet and Voice service.

**Closed Captioning:** For closed captioning concerns and other
accessibility issues affecting customers with disabilities, call
855-270-0379, go online for a live chat at
www.comcastsupport.com/accessibility email
accessibility@comcast.com or write to Comcast 1701 John F
Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax:
215-286-4700.

The FCC Public inspection file for this system is maintained at
1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location:**

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

# COMCAST.

| Account Number | ████████████ |
| --- | --- |
| Billing Date | 04/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  **www.comcast.com** 📞 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

████████████████████

BOCA RATON FL 33434-3396

## News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

### Monthly Statement Summary

| | |
| --- | --- |
| Previous Balance | 0.00 |
| Payments - received by 04/21/15 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

### New Charges Summary

| | |
| --- | --- |
| ⊡ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a
valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

# COMCAST.

141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------



MORRIS HITZIG

████████████████████

BOCA RATON FL 33434-3396

| Account Number | ████████████ |
| --- | --- |
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

Make checks payable to Comcast

|ₗₗₗₗₗₗₗ||barcode|

COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

████████████     0 0000000     07



**comcast.**

## Service Details

| | |
|---|---|
| **Account Number** | ███████████ |
| Billing Date | 04/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

**Contact us:**  @ **www.comcast.com** 📞 **1-800-XFINITY**

### 🖵 XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 05/01 - 05/31 | 0.00 |
| Provided by your Association | | |
| HBO | 05/01 - 05/31 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Moving? Call 1-855-MOV-EDGE or visit
http://www.comcast.com/moversedge today! The XFINITY
Movers Edge program makes it easy to stay connected to your
TV, Internet and Voice service.

**Closed Captioning:** For closed captioning concerns and other
accessibility issues affecting customers with disabilities, call
855-270-0379, go online for a live chat at
www.comcastsupport.com/accessibility email
accessibility@comcast.com or write to Comcast 1701 John F
Kennedy Blvd., Phila. PA 19103-2838 Attn: N.W. Patel, or fax:
215-286-4700.

The FCC Public inspection file for this system is maintained at
1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday



| Account Number | ███████████ |
|---|---|
| Billing Date | 05/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  **www.xfinity.com** 📞 **1-800-XFINITY**

**MORRIS HITZIG**

For service at:

████████████████

BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

## Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by 05/21/15 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
|---|---|
| ⬛ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------

‖l‖lıl‖‖‖ıl‖‖‖‖‖ıl‖ıl‖‖ıll‖ıl‖ıll‖ı
MORRIS HITZIG
████████████████
BOCA RATON FL 33434-3396

| Account Number | ███████████ |
|---|---|
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

Make checks payable to Comcast

‖ı‖‖ılıı‖ıl‖ıl‖ıl‖‖ıl‖‖ıll‖ıl‖‖ıl‖ı
COMCAST
PO BOX 105184
ATLANTA GA 30348-5184



**(comcast.**

| Account Number | ████████████ |
|---|---|
| Billing Date | 05/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

## Service Details

Contact us:  @ **www.xfinity.com**   📞 **1-800-XFINITY**

### XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 06/01 - 06/30 | 0.00 |
| Provided by your Association | | |
| HBO | 06/01 - 06/30 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Moving? Call 1-855-MOV-EDGE or visit
http://www.comcast.com/moversedge today! The XFINITY
Movers Edge program makes it easy to stay connected to your
TV, Internet and Voice service.

Great News - Starting on July 17, 2015, Cinema Ditamita
(channel 621) is being added to the Comcast channel lineup as
part our XFINITY Latino Tier.

Effective July 17, 2015, Gran Cine (channel 621) will no longer
be available.

IMPORTANT INFO: Effective June 24, 2015 the Economy
Triple Play XF bundle and XFINITY Voice-Local With More
service will no longer be available for new subscriptions.  If you
subscribe to one of these services prior to this date, you
will continue to receive the service until you make a change to your
account or you receive further notice.

For closed captioning concerns and other accessibility issues
affecting customers with disabilities, call 855-270-0379, go
online for a live chat at www.comcastsupport.com/accessibility
 or email accessibility@comcast.com or write to Comcast, 1701
John F. Kennedy Blvd., Phila., PA 19103-2838 Attn: K.
Wilkinson, or fax: 1-888-612-7402.

The FCC Public inspection file for this system is maintained at
1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday



| Account Number | ████████████ |
| --- | --- |
| Billing Date | 06/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 1 of 2 |

**Contact us:**  www.xfinity.com  📞 1-800-XFINITY

**MORRIS HITZIG**

For service at:
████████████████████████
BOCA RATON FL 33434-3396

# News from Comcast

**\*\*AutoPay Notification\*\***
You are enrolled in the Comcast Auto Pay Program. If you have incurred charges or were issued credit against charges on your account between the Billing Date at the top of your statement and the Auto Pay date, those charges or credits may be applied against the amount due on your statement and change the amount due on the Auto Pay date. Details of any charges incurred or credits issued after the Billing Date will appear on your next statement.

## Monthly Statement Summary

| | |
| --- | --- |
| Previous Balance | 0.00 |
| Payments - received by  06/21/15 | 0.00 |
| New Charges | 0.00 |
| **Total Amount Due** | **$0.00** |
| Auto Pay | No Payment Due |

## New Charges Summary

| | |
| --- | --- |
| ⬭ XFINITY TV | 0.00 |
| Total New Charges | $0.00 |

**Thank you for being a
valued Comcast customer!**

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



141 NW 16TH STREET
POMPANO BEACH FL 33060-5250

------- manifest line --------

‖ıⅼⅼıⅼⅼıⅼⅼıⅼⅼıⅼⅼıⅼⅼıⅼⅼıⅼⅼ
MORRIS HITZIG
████████████████████
BOCA RATON  FL 33434-3396

| Account Number | ████████████ |
| --- | --- |
| **Auto Pay** | **No Payment Due** |
| **Total Amount Due** | **$0.00** |
| **Amount Enclosed** | $ _____ |

Make checks payable to Comcast

‖ıⅼⅼⅼıⅼⅼⅼıⅼⅼⅼıⅼⅼⅼıⅼⅼⅼıⅼⅼ
COMCAST
PO BOX 105184
ATLANTA GA  30348-5184

████████████      0 0000000      07

 **comcast**.

## Service Details

| Account Number | ▮▮▮▮▮▮▮▮ |
|---|---|
| Billing Date | 06/21/15 |
| Total Amount Due | $0.00 |
| Auto Pay | No Payment Due |
| | Page 2 of 2 |

**Contact us:** @ **www.xfinity.com**  📞 **1-800-XFINITY**

### 📺 XFINITY TV

| | | |
|---|---|---|
| Standard Cable Service | 07/01 - 07/31 | 0.00 |
| Provided by your Association | | |
| HBO | 07/01 - 07/31 | 0.00 |
| Provided by your Association. | | |
| **Total XFINITY TV** | | **$0.00** |

Moving? Call 1-855-MOV-EDGE or visit
http://www.comcast.com/moversedge today! The XFINITY
Movers Edge program makes it easy to stay connected to your
TV, Internet and Voice service.

Effective July 20, 2015, ESPN GamePlan and ESPN Full Court
PPV packages will no longer be available for new subscription.
Most of the events featured on these packages will be available
with ESPN3.

Beginning June 9, 2015, Radius Fitness On Demand will be
available to all XFINITY TV customers with access to XFINITY
On Demand through their set-top box. Radius Fitness offers
world-class trainers, personalized fitness programs and
unlimited workout options any screen, anytime, anywhere.

For closed captioning concerns and other accessibility issues
affecting customers with disabilities, call 855-270-0379, go
online for a live chat at www.comcastsupport.com/accessibility
 or email accessibility@comcast.com or write to Comcast, 1701
John F. Kennedy Blvd., Phila., PA 19103-2838 Attn: K.
Wilkinson, or fax: 1-888-612-7402.

The FCC Public inspection file for this system is maintained at
1401 Northpoint Parkway, West Palm Beach, Florida, 33407.

**Community ID # FL0579**

**Lobby Location**:

Delray Beach / Boca Raton:
7201 N Federal Hwy, Boca Raton, FL
Monday through Saturday 8AM - 7PM
Closed Sunday

# EXHIBIT 3

**THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.**

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014099326          **DATE ISSUED:** February 9, 2017

## DECEDENT INFORMATION          **STATE FILE DATE:** July 17, 2014

NAME: **MORRIS   HITZIG**

DATE OF DEATH: **July 11, 2014**          SEX: ▮          AGE: ▮
DATE OF BIRTH: ▮          SSN: ▮
BIRTHPLACE: ▮
PLACE WHERE DEATH OCCURRED: ▮
FACILITY NAME OR STREET ADDRESS: ▮
LOCATION OF DEATH: ▮

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

▮

## PARENTS AND INFORMANT INFORMATION

▮

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

▮

## CERTIFIER INFORMATION

▮

*Ken Jones*

**, State Registrar**

REQ:  **2017822112**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



**CERTIFICATION OF VITAL RECORD**




Florida HEALTH

# EXHIBIT 4

CFN 20150254554
OR BK 27658 PG 1442
RECORDED 07/09/2015 11:39:33
Palm Beach County, Florida
AMT 65,000.00
DEED DOC 455.00
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 1442-1444; (3Pgs)

*Prepared by and Return to:*
*Adam Bessen, Esq.*
*20283 State Road 7, Suite 400*
*Boca Raton, Fl 33498*
*Property Folio Number: 00-42-47-09-08-003-1502*

## *TRUSTEE'S DEED*

    *This Trustee's Deed made and executed the day of June* 1̶8̶ *, 2015, by KEVEN DANOW, as Trustee and individually, under the MORRIS HITZIG REVOCABLE LIVING TRUST dated June 8, 2011, whose address is* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *hereinafter called the Grantor to* ▮▮▮▮▮▮ *a single man, whose address is* ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ *Boca Raton, FL 33434* *, called the Grantee:*

(Wherever used herein the term "Grantor" and Grantee" include all the parties to this instrument, singular and plural, the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees, wherever the context so admits or requires.)

    *Witnesseth: That the said Grantor, for and in consideration of the sum of TEN AND N0/100 ($10.00) DOLLARS and other good and valuable considerations to said Grantee in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, sold, conveyed and confirm unto the Grantee all that certain land situate in Palm Beach County, State of Florida, to-wit:*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ a Condominium, according to The Declaration of Condominium recorded in ▮▮▮▮▮▮▮▮▮▮▮ as amended in O.R. ▮▮▮▮▮▮▮▮▮ to add Phase III, and all exhibits and amendments thereof, Public Records of Palm Beach County, Florida.

*Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.*

*Subject to easements, restrictions and reservations of record and to taxes for the year 2015 and thereafter.*

*NOTE: THE GRANTOR NAMED HEREIN, NOR THE SPOUSES THEREOF OR ANYONE FOR WHOSE SUPPORT GRANTOR IS RESPONSIBLE FOR HAVE EVER RESIDED ON OR ADJACENT TO THE PROPERTY HEREIN DESCRIBED AND IS NOT THEREFORE GRANTOR'S HOMESTEAD PROPERTY.*

**To Have and to Hold,** *the same in fee simple forever.*

CFN 20150254554
BOOK 27658 PAGE 1443
2 OF 3

*And* the Grantor hereby covenants with said Grantee that it is lawfully seized of said land in fee simple, that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said Grantor.

*IN WITNESS WHEREOF*, the Grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed by its proper officers thereunto duly authorized, the day and year first written above.

Signed, sealed and delivered in the presence of:

_____
Witness Signature

*An Thony Pfaff*
Witness Printed Name

*Tania Rodriguez*
Witness Signature

_____
Witness Printed Name

_____
KEVEN DANOW – Grantor
As trustee and individually.

STATE OF NEW YORK
COUNTY OF *New York*

The foregoing instrument was acknowledged before me this *17* day of June, 2015 By Keven Danow who is personally known to me or who has produced *a Drivers License* as identification, and who did not take an oath.

_____
Notary Signature
Notary Public - State of New York

**WILLIAM R. McMULLAN**
Notary Public, State of New York
No. 02MC4766943
Qualified in New York County
Commission Expires 08/10/20*18*

This instrument prepared by:
Lou Koval, President, Board of Directors
Boca West Master Association, Inc.
20540 Country Club Blvd., Suite 105
Boca Raton, FL  33434

# CERTIFICATE OF COMPLIANCE
## *for transfer of a* **LOT** *in* **BOCA WEST**

THIS IS TO CERTIFY that **BOCA WEST MASTER ASSOCIATION, INC. ("MASTER ASSOCIATION"),**
hereby verifies to _____ as grantee(s) of the following Lot in BOCA WEST:



**Boca Raton, FL  33434**
**PBC PCN: 00-42-47-09-08-003-1502**

that the Lot is in compliance with all relevant provisions of the Declaration of Maintenance Covenants for Boca West ("Master Declaration").

This Certificate of Compliance has been given pursuant to the provisions of Article V, Section 1 of the Master Declaration.

Dated this ___27th___ day of __May__, 2015.

Signed, sealed, and delivered            **BOCA WEST MASTER ASSOCIATION, INC.**
in the presence of:

_____            By: _____
(Sign)

(Print): __Linda K Nelson__            Print name: __LOU KOVAL__

_____            Title: _____President_____
(Sign)

(Print): __A M Martinez__

STATE OF FLORIDA          )
                          : SS  BOCA RATON
COUNTY OF PALM BEACH)

The foregoing instrument was acknowledged before me this 27th day of _May, 2015_ by _Lou Koval, President_ of the Board of Directors, Boca West Master Association, Inc.  He is personally known to me.

MARIE P. PALOMBI
Notary Public - State of Florida
My Comm. Expires May 2, 2016
Commission # EE 195013
Bonded Through National Notary Assn.

_____
NOTARY PUBLIC
NAME: **Marie Palombi**
COMMISSION EXPIRES:
COMMISSION NUMBER:

_____
Official Florida Notary Stamp