UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Keven Danow, as the Trustee of the Morris Hitzig Revocable Living Trust, | : : : : | |
| Plaintiff, | : : | Civil Action No. 2:16-cv-06052 |
| v. | : : | Hon. Paul S. Diamond |
| Comcast Corporation and Comcast Cable Communications, LLC, | : : : : | |
| Defendants. | : : | |

**DEFENDANTS COMCAST CORPORATION AND COMCAST CABLE COMMUNICATIONS, LLC'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Defendants Comcast Corporation and Comcast Cable Communications, LLC (collectively "Defendants") hereby move this Court to compel Plaintiff Keven Danow ("Plaintiff") to submit his claims to individual arbitration and stay these proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16.  In support of this Motion, Defendants rely upon their Memorandum of Law in Support of their Renewed Motion to Compel Arbitration and Stay Litigation and other documents on file with the Court and cited in the Memorandum.

                                              Respectfully submitted,

Dated:  April 17, 2017                */s/ Michael W. McTigue Jr.*
                                              Michael W. McTigue Jr.
                                              Michael P. Daly
                                              Meredith C. Slawe
                                              Drinker Biddle & Reath LLP
                                              A Limited Liability Partnership
                                              One Logan Square, Ste. 2000
                                              Philadelphia, PA 19103-6996
                                              Phone: 215.988.2700
                                              Fax: 215.988.2757
                                              Michael.McTigue@dbr.com
                                              Michael.Daly@dbr.com
                                              Meredith.Slawe@dbr.com

                                              *Counsel for Defendants*
                                              *Comcast Corporation and Comcast*
                                              *Cable Communications, LLC*