**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Keven Danow, as the Trustee of the Morris Hitzig Revocable Living Trust,<br><br>Plaintiff,<br><br>v.<br><br>Comcast Corporation and Comcast Cable Communications, LLC,<br><br>Defendants. | Civil Action No. 2:16-cv-06052<br><br>Hon. Paul S. Diamond |

**STIPULATION AND [PROPOSED] ORDER FOR BINDING ARBITRATION AND STAY OF ACTION PENDING ARBITRATION**

WHEREAS, Plaintiff Keven Danow, as the Trustee of the Morris Hitzig Revocable Living Trust, ("Plaintiff") filed a putative class action Complaint against Defendants Comcast Corporation and Comcast Cable Communications, LLC ("Defendants") on November 17, 2016 (Dkt. No. 1);

WHEREAS, Defendants have maintained that Plaintiff may only pursue his claims on an individual basis in an arbitration proceeding administered through the American Arbitration Association pursuant to the terms of the Comcast Agreement for Residential Services ("Subscriber Agreement") attached hereto as Exhibit A;

WHEREAS, Plaintiffs consents to arbitrate his claims on an individual basis in accordance with the Subscriber Agreement;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

1. Plaintiff's claims in this action shall be resolved through binding, individual arbitration pursuant to the terms of the Subscriber Agreement;

2. This action shall be stayed in its entirety pending completion of the arbitration proceeding; and

3. The parties shall file a joint status report 30 days after the issuance of any resolution or decision by an arbitrator.

IT IS SO STIPULATED.

Dated: January 18, 2018

THE PASKOWITZ LAW FIRM, P.C.

By: ______________________
Roy L. Jacobs
Laurence D. Paskowitz
208 East 51st Street, Ste. 380
New York, NY 10022
Phone: 212.685.0969

*Counsel for Plaintiff*

DRINKER BIDDLE & REATH LLP

By: ______________________
Michael W. McTigue Jr.
Meredith C. Slawe
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Phone: 215.988.2700

*Counsel for Defendants*

**ORDER**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED. The clerk's office shall administratively close this action, to be reopened upon motion of counsel or order of the court.

Dated:______________ , 2018

______________________
Hon. Paul S. Diamond, U.S.D.J.